UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Timothy Alan Small</u>

                v.                        Civil No. 11-cv-105-JL

<u>David P. Quinn, et al.</u>

<u>O R D E R</u>

TO: Plaintiff, Timothy Alan Small

    Court records indicate the withdrawal of your attorney William A Theroux, Jr, Esq. An order was entered on August 11, 2011 directing you to advise this Court by August 31, 2011 of the name of a new attorney or, in the alternative, of your decision to appear pro se (without counsel). *See* Local Rule 83.6(b) and (d). The Court has received nothing to date.

    It is therefore ordered that on or before September 30, 2011 you will advise the court of your intentions in this matter, providing us with the name of a new attorney or, in the alternative, of your decision to appear pro se or your case will be dismissed without prejudice. The Pretrial Conference set for September 26, 2011 will be canceled until plaintiff has complied with this order.

                                          SO ORDERED

                                          _____

September 16, 2011

                                          Joseph N. Laplante
                                          United States District Judge

cc:
    Timothy Alan Small
    Wilfred J. Desmarais, Jr., Esq.
    David Joseph Donovan, Esq.
    Andrew W. Serell, Esq.